

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00600-CR

Lorenzo **VEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6449
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 10, 2018.

_____
Rebeca C. Martinez, Justice